1  Michael W. Collins, State Bar# 197829
   **Law Offices of Collins & Lamore**
2  **Attorneys at Law**
   8 Whatney #102
3  Irvine, CA 92618
   (949) 581-9300; FAX# (480) 287-8507
4
5  Attorney for Plaintiff

6              IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND COURTHOUSE
8
9  Michael A. King,                )
                                   )
10          Plaintiff(s),           ) Case #: C13-05347 KAW
                                   )
11     vs.                          ) **NOTICE OF VOLUNTARY DISMISSAL**
                                   ) **WITH PREJUDICE**
12 LEGAL RECOVERY LAW OFFICES,      )
   INC., A Professional             ) **Fed.R.Civ.P.41(a)(1)**
13 Corporation,                     )
                                   )
14          Defendant(s)            )

15      COMES NOW the Plaintiff, Michael A. King, by and through
16 his attorney Michael W. Collins and pursuant to
17 fed.R.Civ.P.41(a)(1), respectfully notifies this court that
18 Plaintiff, Michael A. King, hereby dismisses, with prejudice,
19 all claims made by him against Defendants in their complaint
20 filed on 11/18/2013.
21      Plaintiff further notifies the Court that the dispute
22 between the parties has been settled.
23 DATED:    05/21/2014
24                                   _____
25                                   Michael W. Collins, Esq.
                                     Attorney for Plaintiff

Notice of Dismissal - 1

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF ORANGE    )
_____)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is; 8 Whatney #102, irvine, CA 92618.

On 05/21/2014, I served the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

Hunter H. Hoestenbach, Esq.
Hoestenbach Law
501 W. Broadway Ste. A230
San Diego, CA 92101-3536

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would have been deposited with U.S. postal service on that same day with postage herein fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on 05/21/2014, at Irvine, CA.

_____
Michael W. Collins

Notice of Dismissal - 2